IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 96-60882

AUDREY YOUNG, Individually, and
as Guardian and Next Friend of Shana Young,
Megan Young and Alex Young, Jr., minors and
as Administratrix of the Estate of Alex Young,
Deceased, and as Personal Representative
of the Heirs at Law of Alex Young, Deceased,

                                        Plaintiff-Appellee,

                        versus

GEORGE ROBINSON, M.D.;
MICHAEL MOSES, M.D.,

                                        Defendants-Appellants.

Appeal from the United States District Court
For the Southern District of Mississippi
(1:95-CV-153-RR)

December 8, 1997

Before WISDOM, HIGGINBOTHAM and STEWART, Circuit Judges.

PER CURIAM:[*]

     Plaintiff Young waived Mississippi's prohibition against *ex
parte* communication with a treating physician.  We are left without
the requisite contest of the validity of this state rule.  The

---

     [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

issue is moot.  We do not decide whether the order of the district court is an appealable order.

DISMISSED.